**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EDDIE AND ELIZABETH THOMAS**                                  **PLAINTIFF**

**v.**                                               **CIVIL No. 2:12-CV-121-MPM-JMV**

**US BANK; FIRST HORIZON;
FT MORTGAGE COMPANIES;
LEADER MORTGAGE SERVICING;
THOMAS F. BAKER IV, LLC; and JOHN DOES 1-20**          **DEFENDANTS**

## ORDER

This matter is before the court *sua sponte* following an April 9, 2013 case management conference. Pursuant to the instructions given to the parties during the conference, discovery in this matter is stayed for a period of six (6) months and the defendants are given 14 days from the date of the conference, or no later than April 23, 2013, to file any motions to dismiss.

This, the 18th day of April, 2013.

                               /s/ Jane M. Virden
                               UNITED STATES MAGISTRATE JUDGE