IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**EDDIE THOMAS, ET AL.**                                                    **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO.: 2:12-cv-121-MPM-JMV**

**US BANK, ET AL.**                                                **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation [28] of the United States Magistrate Judge dated January 2, 2014, was on that date duly mailed to pro se plaintiffs via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated January 2, 2014, is hereby approved and adopted as the opinion of the court.

2. That defendant US Bank is hereby **DISMISSED** without prejudice.

**THIS**, the 30th day of January, 2014.

                                               **/s/ MICHAEL P. MILLS**
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**