IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**EDDIE THOMAS, ET AL().                                                                               PLAINTIFFS**

**VS.                                                   CIVIL ACTION NO.: 2:12-cv-121-MPM-JMV**

**US BANK, ET AL.                                                                                     DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the court finds that the Report and Recommendation [34] of the United States Magistrate Judge dated March 5, 2014, was on that date duly mailed to pro se plaintiffs via USPS; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 5, 2014, is hereby approved and adopted as the opinion of the court.

2. That defendants First Horizon, Leader Mortgage Service, Ft. Mortgage Companies, and Thomas F. Baker IV, LLC are hereby **DISMISSED** without prejudice.

3. That this case is hereby **CLOSED**

**THIS**, the 2nd day of April, 2014.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI